## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Wilson, Turqueya

Printed:  12/28/07

Case Number:  06 B 13352
Judge:  Squires, John H
Filed:  10/18/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:        Dismissed:  November 14, 2007
Confirmed:  December 20, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 455.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 432.08 |
| Trustee Fee: |  | 22.92 |
| Other Funds: |  | 0.00 |
| Totals: | 455.00 | 455.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Adams & Associates | Administrative | 2,806.33 | 432.08 |
| 2. | City Of Chicago Dept Of Revenue | Unsecured | 626.80 | 0.00 |
| 3. | Robert J Adams & Associates | Priority | | No Claim Filed |
| 4. | Michael Reese Hospital | Unsecured | | No Claim Filed |
| 5. | Michael Reese Hospital | Unsecured | | No Claim Filed |
| 6. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 7. | Michael Reese Hospital | Unsecured | | No Claim Filed |
| 8. | SBC | Unsecured | | No Claim Filed |
| 9. | The Bureau Inc | Unsecured | | No Claim Filed |
| | | | $ 3,433.13 | $ 432.08 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 13.20 |
| 5.4% | 9.72 |
| | $ 22.92 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Wilson, Turqueya

Printed:  12/28/07

Case Number:  06 B 13352

Judge:  Squires, John H

Filed:  10/18/06

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

